Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  GERALD WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WILLIAMS, | Case No.: 2:15-CV-01268-KJN |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gerald Williams ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to March 16, 2016; and that Defendant shall have until April 15, 2016, to file her opposition. Any reply by plaintiff will be due May 6, 2016.

-1-

1    An extension of time for plaintiff is needed in order to properly conduct
2    good faith settlement negotiations.  Counsel sincerely apologizes to the court for
3    any inconvenience this may have had upon it or its staff.

4

5   DATE: February 8, 2016         Respectfully submitted,

6                                  LAW OFFICES OF LAWRENCE D. ROHLFING

7                                          /s/ *Steven G. Rosales*
                                   BY: _____
8                                  Steven G. Rosales
                                   Attorney for plaintiff GERALD WILLIAMS
9

10  DATED:  February 8, 2016       BENJAMIN WAGNER
                                   United States Attorney
11

12
                                   */S/- Paul Sachelari
13

14                                 _____
                                   Paul Sachelari
15                                 Special Assistant United States Attorney
                                   Attorney for Defendant
16                                 [*Via email authorization]

17

18

19

20

21

22

23

24

25

26

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including March 16, 2016, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to April 15, 2016,
4  to file her opposition, if any is forthcoming.  Any reply by plaintiff continues to be
5  due May 6, 2016.
6   IT IS SO ORDERED.
7  Dated:  February 10, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE