Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  GERALD WILLIAMS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERALD WILLIAMS, | Case No.: 2:15-CV-01268-KJN |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Gerald Williams ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to April 15, 2016; and that Defendant shall have until May 16, 2016, to file her opposition. Any reply by plaintiff will be due June 6, 2016.

-1-

A second extension of time is needed because in addition to the cancer related spinal surgery in January, Plaintiff's Counsel and his spouse were informed that a recent MRI revealed she has three brain tumors which required radiation treatment beginning the week of February 8, 2016.

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 16, 2016           Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

                               /s/ *Steven G. Rosales*
                               BY: _____
                               Steven G. Rosales
                               Attorney for plaintiff GERALD WILLIAMS

DATED:  March 16, 2016         BENJAMIN WAGNER
                               United States Attorney


                               */S/- Paul Sachelari

                               _____
                               Paul Sachelari
                               Special Assistant United States Attorney
                               Attorney for Defendant
                               [*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 15, 2016, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to May 16, 2016 to file her opposition, if any is forthcoming.  Any reply by plaintiff continues to be due June 6, 2016.

IT IS SO ORDERED.

Dated:  March 17, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE