UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:15-cv-1268-KJN<br><br><br>ORDER |

The court previously granted plaintiff an extension to file his motion for summary judgment no later than April 15, 2016.  (ECF No. 15.)  Several days after that deadline, on April 18, 2016, plaintiff filed his motion for summary judgment, along with a request to retroactively modify the briefing schedule.  (ECF Nos. 16, 17.)

Plaintiff's request indicates that he needed an extension to "properly address the issues within the administrative record" and to allow plaintiff's counsel "to attend to his wife's terminal illness."  (ECF No. 16.)  Plaintiff provides no explanation as to why he needed an extension to address the issues in the administrative record he claims were present, nor does he in any way explain why he could not have timely sought an extension on such grounds prior to the expiration of the deadline.  Nevertheless, in light of plaintiff's second reason in support of his request, plaintiff's willingness to retain the currently scheduled June 6, 2016 deadline for his reply brief,

and because no significant prejudice to defendant resulted from the delayed filing of plaintiff's motion for summary judgment, the court approves the requested modification to the briefing schedule. However, plaintiff counsel is cautioned that future requests for retroactive extensions of time will be viewed with disfavor, and may result in the imposition of any appropriate sanctions, absent a showing of exceptional circumstances that could not have been anticipated.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulation for modification of the briefing schedule (ECF No. 16) is APPROVED.
2. Plaintiff's motion for summary judgment is deemed timely filed on April 18, 2016.
3. The Commissioner shall file any opposition no later than May 19, 2016.
4. Plaintiff shall file any reply brief no later than June 6, 2016.

IT IS SO ORDERED.

Dated: April 28, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE